1   QUALEY LAW GROUP
    Robert S. Qualey, Esq.
2   State Bar No. 003570
    711 Mall Ring Circle, Suite 200
3   Henderson, Nevada 89014
    (702) 474-6677
4   Attorney for Defendant

5

                    **UNITED STATES DISTRICT COURT**
6
                          **DISTRICT OF NEVADA**
7
                              * * * * *
8

9   Yuri Camacho,

         Plaintiff,                          Case No:  2:22-cv-01727-JAD-DJA
10
    vs.
11                                            **STIPULATION AND ORDER TO**
    Qualey Law Group, Inc.,                   **EXTEND DEADLINE TO RESPOND TO**
12                                            **THE COMPLAINT**
         Defendant.
13

14

15          IT IS HEREBY STIPULATED between the parties by and through their counsel of record,

16  that the parties agree to extend Defendant Qualey Law Group, Inc., time to respond to the Complaint

17  until Wednesday, December 21, 2022, which will give Defendant time to investigate the allegations

18  and claims set forth in the Complaint and prepare a response as necessary.

    QUALEY LAW GROUP                          KIND LAW
19

20  By: */s/ Robert S. Qualey*               By: *Michael kind*

        Robert S. Qualey, Esq.                   Michael Kind, Esq.
21      State Bar No. 003570                      State Bar No. 13903
        711 Mall Ring Circle, Suite 200           8860 South Maryland Parkway, Suite 106
22      Henderson, Nevada 89014                   Las Vegas, Nevada 89123
        Attorney for Defendant                    Attorney for Plaintiff
23

24

25

26

27

28

*(left margin vertical text)* QUALEY LAW GROUP ATTORNEYS AT LAW 711 MALL RING CIRCLE, STE 200 HENDERSON, NEVADA 89014 TELEPHONE (702) 474-6677 FACSIMILE (702) 474-6676

1

**O R D E R**

IT IS SO ORDERED.  Qualey Law Group shall have until December 21, 2022 to respond to the complaint.

DATED this 14th day of _____December_____, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Submitted By:

QUALEY LAW GROUP

By: */s/ Robert S. Qualey*
    Robert S. Qualey, Esq.
    State Bar No. 003570
    711 Mall Ring Circle, Suite 200
    Henderson, Nevada 89014
    (702) 474-6677
    Attorney for Defendant

Case No:  2:22-cv-01727-JAD-DJA

**QUALEY LAW GROUP**
ATTORNEYS AT LAW
711 MALL RING CIRCLE, STE 200
HENDERSON, NEVADA 89014
TELEPHONE (702) 474-6677  FACSIMILE (702) 474-6676

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2